IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPA DOGS, LLC,<br>          Plaintiff<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC,<br>          Defendant | Civil Action No. 2:17-cv-01623-TJS |

NOTICE OF DISMISSAL

Pursuant to FRCP 41, plaintiff, Spa Dogs, LLC, hereby files this dismissal of the above matter, without prejudice.

                              GAWTHROP GREENWOOD, PC


Date:  *April 25, 2017*            By:   */s/ George C. Zumbano*
                                        George C. Zumbano
                                        John E.D. Larkin
                                        Attorneys for Plaintiff
                                        17 E. Gay Street, Suite 100
                                        West Chester, PA 19380
                                        (610-696-8225)